**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA CAMARENO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITIMORTGAGE, INC., et al., <br><br> Defendants. | Case No.  CV 14-7919-GW(AJWx) <br><br> **ORDER TO DISMISS** |

Based upon the Notice of Dismissal filed January 5, 2015 [13], it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: January 6, 2015                    BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE